UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3059 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| WILLIAM SCURRY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 1st day of November, 2007, this matter comes on before the Court upon the

United States' Motion for Final Order of Forfeiture and Memorandum Brief.  The Court reviews the

record in this case and, being duly advised in the premises, find as follows:

1.  On August 10, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States

Code, 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Superceding

Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in

a  Smith and Wesson, Sigma .40 caliber handgun, serial no. PAA9294, was forfeited to the United

States.

2.  On August 30, September 6 and 13, 2007, the United States published in a newspaper of

general circulation notice of this forfeiture and of the intent of the United States to dispose of the

property in accordance with the law, and further notifying all third parties of their right to petition

the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said property.  An Affidavit of Publication was filed herein on October 12, 2007 (Filing

No. 37).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Smith and Wesson, Sigma .40 caliber handgun, serial no. PAA9294, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  Smith and Wesson, Sigma .40 caliber handgun, serial no. PAA9294, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 1st day of November, 2007

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge