## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3059 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WILLIAM LAMONT SCURRY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's request for hearing (filing 69) is granted.

(2)     A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 60) has been set before the undersigned United States district judge on Wednesday, August 18, 2010, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)     At the request of the defendant through his counsel, the defendant will participate in the hearing by telephone.

Dated July 28, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge